IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-cv-322-GCM

| | |
|---|---|
| TAMMY RODDY,<br><br>      Plaintiff,<br><br>v.<br><br>COLUMBUS MCKINNON CORP.,<br><br>      Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Joshua H. Viau,** filed August 15, 2019 (Doc. No. 6).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Viau is admitted to appear before this court *pro hac vice* on behalf of Defendant, Columbus McKinnon Corp..

**IT IS SO ORDERED.**

Signed: August 19, 2019

*[Signature]*

Graham C. Mullen
United States District Judge