**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00322-GCM**

| | | |
|---|---|---|
| TAMMY RODDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COLUMBUS MCKINNON CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES** before this Court on its own Motion. The trial in this matter is currently scheduled for June 15, 2020. Because all deadlines in the Pretrial Scheduling Order and Case Management Plan have been stayed, the trial shall be moved to a date to be determined. The Parties are hereby Ordered to provide a joint status report on June 1, 2020 and every fourth week thereafter, regarding the continued need for the stay.

**IT IS SO ORDERED.**

Signed: May 19, 2020

Graham C. Mullen
United States District Judge